Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Ryan J. Regula (#028037)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Email: bwjohnson@swlaw.com
       cahler@swlaw.com
       rregula@swlaw.com
       tolson@swlaw.com

Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602-542-4331
E-Mail: afoster@az.gov

*Attorneys for Defendant Douglas A. Ducey,
Governor of Arizona*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mesa Golfland, LTD, <br><br> Plaintiff, <br><br> v. <br><br> Douglas A. Ducey Governor of Arizona, in his official capacity; <br><br> Defendant. | No. <br><br> Maricopa County Superior Court No. CV2020-094524 <br><br> **Notice of Removal of Action; Verification of Brett W. Johnson** |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446, defendant Douglas A. Ducey Governor of Arizona ("Defendant") petitions this Court for removal of the state court action, which was originally commenced in the Superior Court of the State of Arizona and for the County of Maricopa, entitled *Mesa Golfland, LTD v. Douglas A. Ducey Governor of Arizona,* Case No. CV2020-094524, on the following grounds:

1. On or about August 10, 2020, an action was commenced in the Superior Court of Arizona, County of Maricopa, entitled *Mesa Golfland, LTD v. Douglas A. Ducey,* Case No. CV2020-094524 (the "State Court Action"). A true and correct copy of the Complaint is attached as **Exhibit 1**.

2. On August 11, 2020, a Summons and the Complaint were served on Defendant. A true and correct copy of the Summons is attached as **Exhibit 2**.

3. Attached, collectively, as **Exhibit 3** are copies of all remaining documents and pleadings filed in the State Court Action: Coversheet, Certificate of Compulsory Arbitration, Verified Application for a Temporary Restraining Order with Notice and Motion for Preliminary and Permanent Injunction, Petition for Order to Show Cause, and Order to Appear at Return Hearing as well as the most recent docket summary.

4. The thirty-day period for removal does not begin to run until a party has been properly served. *See Murphy Brothers Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999). Thirty days have not elapsed since Defendant received the Summons and Complaint in this action. Accordingly, this Notice is timely filed under 28 U.S.C. § 1446(b).

5. Plaintiff's Complaint alleges causes of action against Defendant for alleged violation of procedural and substantive due process under Article 2, § 4 of the Arizona Constitution, violation of equal protection under Article 2, § 13 of the Arizona Constitution, and violation of equal protection and due process under the 14th Amendment of the United States Constitution in the enactment of Executive Orders 2020-43 and 2020-52. Plaintiff seeks injunctive and declaratory relief pursuant to Arizona law and 42 U.S.C. §§ 1983 and 1988. Defendant disputes it violated Plaintiff's due process or equal protection rights in the adoption and enforcement of Executive Orders 2020-43 and 2020-52. Defendant affirmatively asserts Plaintiff is not entitled to declaratory or injunctive relief.

### **Venue**

6. Under 28 U.S.C. § 1446(a), venue of this action is proper in this Court because the State Court Action was brought within its district and division.

**Jurisdiction**

7. Under 28 U.S.C. § 1441, Congress has granted defendants the statutory right to remove a case from state court to a United States District Court where that case could have been originally filed in federal court.

8. The United States Federal District Courts have original jurisdiction under 28 U.S.C. § 1331 over all civil actions arising under the Constitution of the United States, as well as laws and treaties of the United States.

9. This action may be removed pursuant to 28 U.S.C. § 1441(a) because it is based on alleged violations of equal protection and due process under the 14th Amendment of the Constitution and because the Complaint seeks redress under 42 U.S.C. §§ 1983 and 1988.

10. Although Plaintiff also alleges claims arising out of Arizona law, in any action in which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367 over all other related claims which stem from the same case or controversy.

**Removal is Proper**

11. This Notice of Removal is timely filed because it was filed within thirty days after receipt of the Summons and Complaint by Defendant. 28 U.S.C. § 1446(b).

12. Defendant also timely filed a Notice of Removed Action with the Clerk of the Maricopa County Superior Court. *See* **Exhibit 4**.

13. Defendant is providing written notice to Plaintiff. 28 U.S.C. § 1446(d).

14. Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE**,** Defendant requests that the action now pending against it in the Superior Court of the State of Arizona, in and for the County of Maricopa, be removed to this Court.

Dated this 14th day of August 2020.

                                    SNELL & WILMER L.L.P.

By: s/ Brett W. Johnson
    Brett W. Johnson
    Colin P. Ahler
    Ryan J. Regula
    Tracy A. Olson

    Anni L. Foster
    OFFICE OF ARIZONA GOVERNOR
    DOUGLAS A. DUCEY
    1700 West Washington Street
    Phoenix, Arizona 85007

    Attorneys for Defendant

## VERIFICATION OF BRETT W. JOHNSON

I, Brett W. Johnson, verify as follows:

1. I am an active member in good standing of the State Bar of Arizona and a partner with the law firm of Snell & Wilmer L.L.P., counsel of record for defendant Douglas A. Ducey Governor of Arizona ("Defendant").

2. I have firsthand knowledge of the matters set forth herein. I submit this verification pursuant to L.R. Civ. P. 3.6 and Fed. R. Civ. P. 11.

3. Attached as **Exhibit 1** is a true and correct copy of the Complaint originally filed in the Superior Court of the State of Arizona, in and for the County of Maricopa entitled *Mesa Golfland, LTD v. Douglas A. Ducey Governor of Arizona,* Case No. CV2020-094524 (the "State Court Action").

4. Attached as **Exhibit 2** is a true and correct copy of the Summons directed to Defendant.

5. Attached as **Exhibit 3** are true and correct copies of all other filed documents from the State Court Action (Coversheet, Certificate of Compulsory Arbitration, Verified Application for a Temporary Restraining Order with Notice and Motion for Preliminary and Permanent Injunction, Petition for Order to Show Cause, Order to Appear at Return Hearing, and the most recent docket summary).

6. Attached as **Exhibit 4** is a true and correct copy of the Notice of Removed Action filed with the Clerk of Maricopa County Superior Court in Case No. CV2020-094524, on August 14, 2020.

I verify that the foregoing is true and correct.

Dated this 14th day of August 2020.

By: ___s/Brett W. Johnson_____
Brett W. Johnson

# **CERTIFICATE OF SERVICE**

I certify that on August 14, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which electronically sends a copy of same on to:

Joel E. Sannes
James B. Reed
Carson T.H. Emmonds
UDALL SHUMWAY
1138 North Alma School Road
Mesa, Arizona 85021
jes@udallshumway.com
jbr@udallshumway.com
cthe@udallshumway.com
Attorneys for Plaintiff


s/ Tracy Hobbs