# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - PRELIMINARY INJUNCTION HEARING

Phoenix Division

<u>CV-20-01616-PHX-JJT</u>              DATE: <u>8/28/2020</u>
Year  Case No  Initials

Title: <u>Mesa Golfland Limited</u>   vs.   <u>Douglas A. Ducey</u>
     Plaintiff              Defendants

HON: <u>JOHN J. TUCHI</u>

Deputy Clerk : <u>Julie Martinez</u>              Court Reporter: <u>Barbara Stockford</u>

<u>Joel Sannes with Julie Donnelly (Paralegal)</u>   <u>Brett Johnson and Anni Foster</u>
Attorney(s) for Plaintiff(s)                     Attorney(s) for Defendant(s)

**PROCEEDINGS:**   <u>X</u> Open Court   ___ Chambers   ___ Other

9:05 a.m. Court convenes. This is the time set for Temporary Restraining Order and Preliminary Injunction Hearing re: Plaintiff's Verified Application for a Temporary Restraining Order with Notice and Motion for Preliminary and Permanent Injunction (Doc. 3). The Court makes a record that individuals other than counsel are listening to these proceedings telephonically and that Pursuant to Local Rule 43.1, audio taping court proceedings is prohibited. Discussion held re: exhibits, witnesses and Joint Discovery Dispute Summary (Doc. 22). Exhibits 4 and 5 are admitted under seal. Exhibits 1 through 3, 6 through 22 and 501 through 554 are admitted conditionally. Argument held. 10:48 a.m. Court is in recess.

10:59 a.m. Court reconvenes. Discussion held.

IT IS ORDERED taking this matter under advisement. Formal order to follow.

11:11 a.m. Court adjourned.

Time in court: 1 hr. 55 mins.
Start: 9:05 AM
End: 11:11 AM