# UDALL | SHUMWAY
### COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Joel E. Sannes (SBN 015999)
jes@udallshumway.com
James B. Reed (014015)
jbr@udallshumway.com
Carson T. H. Emmons (SBN 024094)
cthe@udallshumway.com
docket@udallshumway.com

*Attorneys for Plaintiff*

**IN THE UNITED SATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mesa Golfland, LTD, | CASE NO.: 2:20-cv-01616-JJT |
| Plaintiff, | |
| v. | **PLAINTIFF'S STATUS UPDATE REGARDING ADHS ATTESTATION** |
| Douglas A. Ducey, Governor of Arizona, in his official capacity; | |
| Defendant. | |

Plaintiff, Mesa Golfland, Ltd., dba "Sunsplash," through undersigned counsel, provides this "Status Update" to advise the Court and Defendant that after 5:00 p.m. on Friday, August 28, 2020 Sunsplash completed the Arizona Department of Health Services ("ADHS") "Attestation" form so that Sunsplash could re-open. Sunsplash elected to complete the Attestation, reserving all rights, so as to mitigate its losses.

As noted in its Reply and at the hearing on August 28, Sunsplash objects to being required to attest to re-open when its similarly situated competitors were not required to complete the ADHS Attestation to remain open as they have been open since June 29, 2020.

1    Sunsplash also objects to the Attestation form's requirement that it agrees that it will pause operations again if Maricopa County enters into the "Substantial" metric for COVID-19 infection, death and hospitalization rates, because its similarly situated competitors are not required to make the same agreement to pause their operations.

Sunsplash intended to operate under protocols that are as safe or safer than the ADHS requirements for water parks operating in the "Moderate" metric. However, it also objects that it is required to attest to the ADHS "Moderate" requirements for water parks when its similarly situated competitors are not legally required to comply with the Moderate metrics.

Sunsplash also objects to the Attestation requirement that it agrees by attesting that, "[t]he business submitting this attestation agrees that ADHS or the county health department shall not be required to give prior notice of any inspection intended to determine compliance with this Attestation or the Requirements" to the extent its competitors are not similarly regulated.

Although Sunsplash has completed the Attestation to mitigate its damages, it reserves all rights to object to any of the requirements of the Attestation.

Nevertheless, Sunsplash completed the Attestation and was open on and after Friday evening, August 28.

This Status Update is provided in the event it is relevant to the ongoing proceedings on Plaintiff's application for a temporary restraining order.

**RESPECTFULLY SUBMITTED** this 31st day of August, 2020.

UDALL SHUMWAY PLC

/s/ Joel E. Sannes
Joel E. Sannes
James B. Reed
Carson T.H. Emmons
1138 North Alma School Rd., Suite 101
Mesa, AZ 85201
*Attorneys for Plaintiff*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on 8/31/20, a copy of the foregoing *Plaintiff's Status Update Regarding ADHS Attestation* was filed electronically. Notice of this filing will be sent to the below registered parties of the CM/ECF System: |
| 3 | |
| 4 | Brett W. Johnson |
| 5 | Colin P. Ahler<br>Tracy A. Olson<br>Snell & Wilmer LLP |
| 6 | One Arizona Center<br>400 E. Van Buren St., Ste. 1900 |
| 7 | Phoenix, AZ 85004-2202<br>bwjohnson@swlaw.com |
| 8 | cahler@swlaw.com<br>tolson@swlaw.com |
| 9 | |
| 10 | Anni L. Foster<br>General Counsel |
| 11 | Office of Arizona Governor Douglas A. Ducey<br>1700 W. Washington Street |
| 12 | Phoenix, AZ 85007<br>afoster@az.gov |
| 13 | |
| 14 | *Attorneys for Defendant* |
| 15 | By: /s/ Taylor Jensen |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |