# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mesa Golfland Limited, | No. CV-20-01616-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Douglas A. Ducey, | |
| Defendant. | |

Upon Plaintiff's filing of a First Amended Complaint (Doc. 37) with Defendant's consent (Doc. 42),

IT IS ORDERED denying as moot Defendant's Motion to Dismiss (Doc. 11), filed with regard to Plaintiff's original Complaint.

Dated this 29th day of September, 2020.

Honorable John J. Tuchi
United States District Judge